IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ANTON JOHNSON,<br><br>　　　　　　Defendant. | 8:21CR200<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

　　　　The defendant appeared before the Court on May 14, 2024 regarding Petition for Offender Under Supervision [54].  Richard McWilliams represented the defendant.  Sarah Hinrichs represented the government on behalf of Amanda Brown.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

　　　　The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing.  Fed. R. Crim. P. 32.1(b)(1)(C).  The defendant shall appear personally for a final dispositional hearing before Chief U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 1:00 p.m. on July 3, 2024.

　　　　The government moved for detention based upon risk of flight and danger.  The defendant requested a detention hearing which was held.  The court finds that the defendant failed to meet his/her burden to establish by clear and convincing evidence that he/she will not flee or pose a danger to any other person or to the community.  Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1).  The government's motion for detention is granted as to risk of flight and danger and the defendant shall be detained until further order of the Court.

　　　　The defendant shall be committed to the custody of the Attorney General or designated representative for confinement in a correctional facility and shall be afforded a reasonable opportunity for private consultation with defense counsel.  Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility

shall deliver the defendant to the United States Marshal for an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated this 14th day of May, 2024.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge